IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Christine R. Bolchoz, )<br>)<br>    Plaintiff )<br>)<br>vs. )<br>)<br>Michael J. Astrue, Commissioner )<br>of the Social Security Administration, )<br>)<br>    Defendant )<br>)<br>_____ ) | Civil Action No. 1:11-137- RMG<br><br>**ORDER** |

    Plaintiff filed this action pursuant to 42 U.S.C. § 405(g) seeking judicial review of the final decision of the Commissioner of the Social Security Administration denying her Disability Insurance Benefits. In accord with 28 U.S.C. § 636(b) and Local Rule 73.02, D.S.C., this matter was referred to a Magistrate Judge for pretrial handling. The Magistrate Judge recommended that the decision of the Commissioner be reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g) to allow full consideration of evidence submitted for the first time to the Appeals Council and to make appropriate findings regarding the weight to be given the new evidence. (Dkt. No. 28 at 23- 25). The Government has advised the Court that it will not file an objection to the Magistrate Judge's recommendation. (Dkt. No. 30).

    The Court, having reviewed the record in this matter and the Magistrate Judge's outstanding Report and Recommendation ("R & R), hereby adopts the Magistrate Judge's R & R as the order of the Court. The decision of the Commissioner is hereby reversed and remanded

pursuant to sentence four of 42 U.S.C. § 405(g) for further action not inconsistent with this Order.

AND IT IS SO ORDERED.

                                                                 Richard Mark Gergel
                                                                 United States District Judge

Charleston, South Carolina
December 2, 2011